IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NESSLIN CRUZ, an individual, and,<br>OHASSY CRUZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1222C<br>(Judge Hodges) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Roger A. Hipp as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Roger A. Hipp
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
1100 L Street, N.W.
Room 8032

Dated: August 31, 2004

s/ Roger A. Hipp
Roger A.Hipp
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 307-0277
Fax: (202) 307-0972

CERTIFICATE OF FILING

I hereby certify that on August 31, 2004, a copy of the foregoing "Notice of Appearance" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ Roger A. Hipp