# In the United States Court of Federal Claims

**NOTICE**

**NESSLIN CRUZ and**
**OHASSY CRUZ**

**No. 04-1222 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., September 21, 2004**

To Attorney of Record, Assistant Attorney General, and Judge Baskir:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed September 21, 2004, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop, Clerk