IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NESSLIN CRUZ and OHASSY CRUZ, | ) | |
| Plaintiffs, | ) | No. 04-1222C |
| v. | ) | (Judge Baskir) |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 30-day enlargement of time, to and including November 26, 2004, within which to file its response to the complaint. Our response is currently due on October 27, 2004. This is defendant's second request for an enlargement of time. The Court previously granted an enlargement of 30 days. Counsel for plaintiffs has informed us that plaintiffs do not oppose our request for an enlargement of time for this purpose.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the Department of Housing and Urban Development ("HUD").[1] Initially, HUD believed that the litigation report could be

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

prepared by no later than October 22, 2004. Defendant's counsel was assured by HUD on October 19, 2004, that HUD still expected to meet this deadline and that a second enlargement would not be necessary. However, many of the documents HUD must analyze in order to respond to the complaint are in the possession of a third-party contractor, and HUD has encountered an unexpected delay in obtaining those documents. Defendant's counsel currently anticipates that the requested 30 days will allow us sufficient time to obtain and organize these documents and to file our response.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

October 25, 2004

Attorneys for Defendant

Certificate of Filing

I hereby certify that on October 25, 2004, a copy of the foregoing "Defendant's Unopposed Motion For Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Roger A. Hipp