# In the United States Court of Federal Claims

Case No. 04-1222C
(Filed: October 27, 2004)

***************************************************
NESSLIN and OHASSY CR*UZ,* *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
***************************************************

## ORDER

On July 27, 2004, this case was designated as an electronic case in the Court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order 42, the attorneys of record must have a CM/ECF account and the court issues an account login and password only to members of the Court's bar who have passed a certification test.

Records before the Court indicate that the Plaintiffs' Counsel has not complied with this requirement. **Plaintiffs' Counsel shall comply no later than November 19, 2004, or the Court will issue a show cause order why the case should not be dismissed for want of prosecution.**

If Plaintiffs' Counsel has questions on what is required, please contact the CM/ECF User Assistance line at (866) 784-6273 (toll free) or (202) 219-9942, Monday to Friday, 9 a.m. to 5 p.m.

**Clerk of the Court is directed to mail a copy of this Order to the Plaintiffs' Counsel.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge