IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NESSLIN CRUZ, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04-1222C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant, the United States, admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 are conclusions of law and plaintiffs' characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

2. Admits the allegations contained in paragraph 2 and states that the United States is the proper defendant in this action.

3. Admits that HUD was the owner of real property located at 5936 Barton Avenue, Los Angeles, California; otherwise denies the allegations contained in paragraph 1.

4. Admits the allegations of paragraph 4 to the extent they are

supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 4.

5. Admits the allegations of paragraph 5 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 5.

6. Admits.

7. Admits the allegations of paragraph 7 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 7.

8. Admits that plaintiffs applied for a 15-day extension from the date of the original escrow closing, June 23, 2003, until July 8, 2003, and that the plaintiffs tendered a money order for $375; otherwise denies the allegations contained in the first sentence of paragraph 8. Admits that HUD's agent extended the original escrow closing date until July 8, 2003; denies the remainder of the allegations in the second sentence of paragraph 8 for lack of knowledge or information sufficient to form a belief as to their truth.

9. Admits that on or about July 11, 2003, plaintiffs applied for three 15-day extensions of the closing date, from July 8, 2003, until August 22,

2003, and that plaintiffs tendered three money orders in a total amount of $1,125; otherwise denies the allegations contained in the first sentence of paragraph 9. Denies the remainder of the allegations contained in paragraph 9 for lack of knowledge or information sufficient to form a belief as to their truth.

10. Admits that HUD's agent notified plaintiffs by letter dated August 6, 2003, that the sales contract was cancelled; the remaining allegations contained in paragraph 10 are conclusions of law and plaintiffs' characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

11. The allegations contained in paragraph 12 are conclusions of law and plaintiffs' characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

12. Admits that HUD sold the property to a third party with escrow closing on or about March 5, 2004, for $339,123; otherwise denies the allegations contained in paragraph 12.

13. Denies that plaintiffs are entitled to the relief set forth in the prayer for relief immediately following paragraph 12, or to any relief

whatsoever.

14. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

November 24, 2004 Attorneys for Defendant

<u>Certificate of Filing</u>

I hereby certify that on November 24, 2004, a copy of the foregoing "Defendant's Answer" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp