IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NESSLIN CRUZ and OHASSY CRUZ, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1222C (Judge Baskir) |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant respectfully requests a 14-day enlargement of time, through and including February 1, 2005, within which to file the joint preliminary status report. The report is currently due on January 18, 2005. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel attempted to reach plaintiff's counsel by telephone on January 14, 2005, and left a message requesting plaintiff's position regarding this motion, but to date plaintiff's counsel has not responded.

Counsel for the parties continue to discuss the contents of the report, and a draft of the report has been prepared. However, the undersigned counsel was in Court from January 10 to January 13, 2005, trying the case of Short Brothers, PLC v. United States, No. 98-894C (Fed. Cl.), and thus

was unavailable to further discuss and complete the report during the week preceding the due date.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

January 18, 2005

Attorneys for Defendant

Certificate of Filing

I hereby certify that on January 18, 2005, a copy of the foregoing "Defendant's Motion For Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Roger A. Hipp