# In the United States Court of Federal Claims

* * * * * * * *

NESSLIN CRUZ, an individual, and
OHASSY CRUZ, an individual,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

* * * * * * * *

No. 04-1222C (ADR)

Filed: January 21, 2005

**ORDER**

This case has been referred to us for Alternative Dispute Resolution. Counsel are advised that we are available at any time to discuss the merits of this case, and possible means of resolving it short of further litigation. If counsel wish to meet with the court, they should agree on a time and notify Ms. Fitzsimmons at 202/357-6572 at their convenience.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
ADR Judge