# In the United States Court of Federal Claims

Case No. 04-1222C
(Filed: January 28, 2005)

**************************************************
NESSLIN and OHASSY CR*UZ,* *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
**************************************************

## ORDER

**Defendant's** Motion for a 14-day **Enlargement of Time**, until February 1, 2005, to file the Joint Preliminary Status Report is hereby **GRANTED**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge