# In the United States Court of Federal Claims

Case No. 04-1222C
(Filed: February 7, 2005)

****************************************************
NESSLIN and OHASSY CRUZ, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

The Court intends to schedule a telephonic preliminary status conference (on the record) during the period of February 23 - March 31, 2005.

Accordingly, it is ORDERED that the parties agree upon at least three dates during this time period. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed status conference dates no later than February 18, 2005**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge