# In the United States Court of Federal Claims

Case No. 04-1222C
(Filed: February 25, 2005)

****************************************************
NESSLIN and OHASSY CRUZ, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

**ORDER**

This Order confirms the **telephonic Preliminary Status Conference on the record scheduled for 2:00 p.m., on Thursday, April 7, 2005. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 357-6504**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge