# In the United States Court of Federal Claims

**Case No. 04-1222C**
**(Filed: April 8, 2005)**

****************************************************

NESSLIN and OHASSY CR*UZ,* *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *

****************************************************

## ORDER

The Court held a telephonic Preliminary Status Conference in this matter on Thursday, April 7, 2005. The parties indicated that they have engaged in informal document exchange and that they intend to continue to do so in the coming weeks. The facts in this case appear to be unchallenged by either side. Accordingly, the parties believe that summary judgment is appropriate.

The Court proposed a briefing schedule for dispositive motions. **Plaintiff agreed to open and file its Motion for Summary Judgment by May 23, 2005. Defendant agreed to file its response, and any cross-motion, by June 23, 2005. Further responsive pleadings will be filed in accordance with those time limits established by RCFC 7.1. Parties are reminded to file, in addition to the briefing, a Consolidated Statement of Uncontroverted Facts (CSUF) in support of their motion.** The Court's Special Procedures Order should be consulted for the proper form and timing of the CSUF.

Finally, the Court notes that this case has been assigned to Judge Hodges for ADR. As instructed at the status conference, the parties are to contact the Chambers of Judge Hodges in order to apprise him on the status of this claim and settlement prospects. Parties should notify the Court immediately should they desire to pursue ADR in lieu of briefing dispositive motions.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge