# EXHIBITS 1 TO 7

PDF created with pdfFactory trial version www.pdffactory.com