**Sales Contract**
Property Disposition Program

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

HUD Case No. 197087160

1. I (We), Ohassy Cruz and Nesslin Cruz (Purchaser(s)) agree to purchase on the terms set forth herein, the following property, as more particularly described in the deed conveying the property to the Secretary of Housing and Urban Development:
5936 Barton Ave Los Angeles Ca 90038
(street number, street name, unit number, if applicable, city, county, State)

2. The Secretary of Housing and Urban Development (Seller) agrees to sell the property at the price and terms set forth herein, and to prepare a deed containing a covenant which warrants against the acts of the Seller and all claiming by, through or under him. Title will be taken in the following name(s) and style: Ohassy Cruz and Nesslin Cruz

3. The agreed purchase price of the property is ........ ➤ 3. $ 260,000.00
Purchaser has paid $ 2,000.00 as earnest money to be applied on the purchase price, and agrees to pay the balance of the purchase price, plus or minus prorations, at the time of closing, in cash to Seller. The earnest money deposit shall be held by Seller Choice

GOLDEN FEATHER REALTY
MAY 05 2003
VAN NUYS

4. ☐ Purchaser is applying for FHA insured financing [☐ 203(b), ☐ 203(b) repair escrow, ☐ 203(k)] with a cash down payment of $ T.B.D due at closing and the balance secured by a mortgage in the amount of $ T.B.D for 360 months (does not include FHA Mortgage Insurance Premium, prepaid expenses or closing costs Seller has agreed to fund into mortgage.).
☐ Said mortgage involves a repair escrow amounting to $ -0-
☑ Purchaser is paying cash or applying for conventional or other financing not involving FHA.

5. Seller will pay reasonable and customary costs, but not more than actual costs, nor more than paid by a typical Seller in the area, of obtaining financing and/or closing (excluding broker's commission) in an amount not to exceed ...... ➤ 5. $ 6,000.00

6a. Upon sales closing, Seller agrees to pay to the broker identified below a commission (including selling bonus, if offered by seller) of ........ ➤ 6a. $ 13,000.00

6b. If broker identified below is not the broad listing broker, broad listing broker will receive a commission of: .... ➤ 6b. $ 1,950.00

7. The net amount due Seller is (Purchase price [Item 3] less Items 5 and 6) ........ ➤ 7. $ 239,050.00

8. Purchaser is: ☑ owner-occupant (will occupy this property as primary residence) ☐ investor ☐ nonprofit organization ☐ public housing agency ☐ other government agency. Discount at closing: -0- %
*Discount will reduced by amounts, if any, listed on Line Items 5 and 6.*

9. Time is of the essence as to closing. The sale shall close not later than 45 days from Seller's acceptance of contract. Closing shall be held at the office of Seller's designated closing agent or Seller Choice Escrow Mix

10. If Seller does not accept this offer, Seller ☑ may ☐ may not hold such offer as a back-up to accepted offer.

11. Lead based paint addendum ☑ is ☐ is not attached; Other addendum ☑ is ☐ is not attached hereto and made part of this contract.

12. **Should Purchaser refuse or otherwise fail to perform in accordance with this contract, including the time limitation, Seller may, at Seller's sole option, retain all or a portion of the deposit as liquidated damages. The Seller reserves the right to apply the earnest money, or any portion thereof, to any sums which may be owed by the Purchaser to the Seller for rent.** Purchaser(s) Initials: NC Seller's Initials: [signature]

13. This contract is subject to the Conditions of Sale on the reverse hereof, which are incorporated herein and made part of this contract.
**Certification of Purchaser:** The undersigned certifies that in affixing his/her/its signature to this contract he/she/it understands: (1) all the contents thereof (including the Conditions of Sale) and is in agreement therewith without protest; (2) he/she/it is responsible for satisfying itself as to the full condition of the property; and (3) that Seller will not perform repairs after acceptance of this contract.

Purchaser(s): (type or print names & sign): Ohassy Cruz and Nesslin Cruz [signatures]
Purchaser(s) Address: 23948 Jensen St West Hills Ca 91304

Purchaser(s) Social Security Number (SSN) or Employer Identification Number (EIN) (include hyphens): 572633993 566377519
Phone No: 818 615 0816
Date Purchaser(s) Signed Contract: 05/05/03

Seller: Secretary of Housing and Urban Development By: (type name & title, & sign)
X [signature]
Date Contract Accepted by HUD: 5/9/03.

**Certification of Broker:** The undersigned certifies that: (1) neither he/she nor anyone authorized to act for him/her has declined to sell the property described herein to or to make it available for inspection or consideration by a prospective purchaser because of his/her race, color, religion, sex, familial status, national origin, or disability; (2) he/she has both provided and explained to the purchaser the notice regarding use of Seller's closing agent; (3) he/she has explained fully to the purchaser the entire terms of the contract, including Condition B on the reverse hereof; and (4) he/she is in compliance with Seller's earnest money policy as set forth on HUD forms SAMS-1111, Payee Name and Address, and SAMS-1111-A, Selling Broker Certification, which he/she has executed and filed with Seller.

Broker's Business Name & Address: (for IRS reporting) (include Zip Code):
ERA First Valley
7226 Sepulveda Blvd #100
Van Nuys Ca 91405

Broker's EIN or SSN: (include hyphens): 954556846
SAMS NAID: RIMXFR6846
Signature of Broker: X [signature]
Broker's Phone No: 818 9898700

Type or print the name and phone number of sales person: FEDERICO TRIEBEL (818) 989-8711 FAX

This section for HUD use only. Broker notified of:
☐ Acceptance ☐ Back-Up No. ______
☐ Rejection ☐ Return Earnest Money Deposit
Authorizing Signature & Date: X

Previous editions are obsolete ref. Handbook 4310.5 form HUD-9548 (1/99)

Exhibit "1"

PDF created with pdfFactory trial version www.pdffactory.com