# U.S. DEPT. OF HOUSING & URBAN DEVELOPMENT

## Addendum A

(REV 04/4/03)

## *********FORFEITURE AND EXTENSION POLICY*********

All HUD Property Disposition sales of HUD-acquired properties are to close within 45 days of acceptance of a HUD-9548 (1/99) Sales Contract offer to purchase.

**Forfeiture of Earnest Money Deposits.**

The failure by a Purchaser to close on the sale of property within the allowable time period, including any extensions granted by HUD, will result in the forfeiture of the earnest money deposit, except where the purchaser presents documentation to HUD that one of the special circumstances described in paragraphs (a) and (b) below of this section has occurred.

(a) Investor Purchasers.

(1) The failure by an investor Purchaser to close on an uninsured sale will result in forfeiture of the entire earnest money deposit.

(2) Fifty percent of the earnest money deposit on an insured sale will be returned to an Investor Purchaser where HUD (or a Direct Endorsement lender using HUD guidelines) determines that the Purchaser is not an acceptable borrower.

(b) Owner-Occupant Purchasers.

(1) The entire earnest money deposit will be returned to an owner-occupant Purchaser who fails to close where, since the contract of sale was signed:

(i) There has been a death in the immediate family (contract holder, spouse, or children living in the same household);

(ii) There has been a recent serious illness in the immediate family that has resulted in significant medical expenses or substantial loss of income, thus adversely affecting the purchaser's financial ability to close the sale.

(iii) There has been a loss of job by one of the primary breadwinners, or substantial loss of income through no fault of the Purchaser;

(iv) In the case of an insured sale, HUD (or a Direct Endorsement lender using HUD guidelines) determines that the Purchaser is not an acceptable borrower; or

(v) On an uninsured sale, the purchaser was pre-approved for mortgage financing in an appropriate amount by a recognized mortgage lender and, despite good faith efforts, is unable to obtain mortgage financing.

(vi) For other good cause, as determined by HUD.

(2) In the case of an uninsured loan where, despite good faith efforts by the Purchaser, there is an inability to obtain a mortgage loan from a recognized mortgage lender, 50 percent of the earnest money deposit will be returned.

(3) On either type of sale, forfeit 100 percent of the deposit in those instances where no documentation is submitted, where the documentation fails to provide an acceptable cause for the Buyer's failure to close, or where documentation is not provided within a reasonable time following contract cancellation (e.g., 30 days).

**Extensions.**

The Golden Feather Realty office will grant extensions of time upon written request from purchaser. Extensions of time to close the sale are entirely within the Seller's discretion. An extension, if granted, will be under the following conditions:

(a) A written request for an extension must be received by Closing Agent no later than five days before the scheduled deadline for closing.

(b) The documentation submitted with the request must establish the cause of delay and that mortgage approval is imminent during the extension period.

(c) An extension will be for a period of fifteen calendar days. Fees are based on the Contract Sales Price of the property; $10 per day is charged if the sales price is $25,000 or less; $15 per day if the sales price is more than $25,000, but not more than $50,000 and $25 per day if the sales price is over $50,000. Extension request must be submitted through the Closing Agent and all fees must be accompanied by request at the time of submission.

(d) Extension fees shall be retained by Seller if a closing does not occur.

(e) At the time of closing, unused extension fees will be prorated to the Purchaser and refunded by escrow.

(f) The granting of one extension shall not obligate the Seller to grant additional extensions, and the Seller shall declare a Default for the Purchasers' failure to close the sale upon the expiration of the original closing period or upon expiration of the extension.

Exhibit "1" (pg. 2)

PDF created with pdfFactory trial version www.pdffactory.com