**Allowable Closing Costs** - Line 5 HUD 9548 (1/99) Sales Contract.

The Seller will pay up to a maximum of 3% of the purchase price, (Line 3 of sales contract), towards allowable purchaser closing costs, not to exceed actual cost incurred. The following is a list of those HUD Allowable Closing Costs that may be credited towards Line 5 of the Sales Contract. **Note, any unused portion of the line 5 credit will be retained by the Seller and not credited to the buyer.**

- Appraisal Fee- HUD will pay for the Appraisal on FHA 203(k) loan only that is necessary to determine the "after rehab" value. HUD will also pay for appraisals that expired prior to Sales Contract execution.
- Credit Report (up to $20).
- Flood Certification (property must be offered with FHA insurable and located on a Flood Plain).
- Home Inspection (includes testing for lead based paint, radon, mold, etc.
- Homeowner's Warranty- up to $300 (CA and NV), $350 (OR and WA), $400 (ID).
- Loan Discount Points (up to 3% of the loan amount to buy down the rate, with certification from the lender).
- Loan Origination Fee (up to 1% will be paid on Conventional/FHA loan; up to 1.5% will be paid on FHA 203(k) loans.
- Prepaid and Escrow Items for **Owner Occupant Purchasers Only**
- Recording Fees and/or Transfer taxes or fees.(i.e., amounts charged as a Percentage of value) If, under state or local law, the recording fees and/or transfer charges or taxes are imposed on the Seller(i.e. HUD), then HUD is immune from paying these charges and will not pay them. If however, the charges are imposed on the purchaser, HUD may pay these charges on behalf of the purchaser if funds remain in line 5. 1ST Mortgage only.
- Survey (if required by Lender).
- Title Insurance (coverage for Lender and/or Owner).

**The following items are automatically paid for by the Seller (HUD):**

- Broker's Sales Commission for Broad Listing Broker as stated on line 6b of the Sales Contract.
- Proration of property taxes and any special assessments such as HOA fees, utility bills.
- Settlement or Closing Fee: HUD will pay HUD's closing agent. If another agent is used, this is the purchaser's cost
- Recording Fees: HUD will automatically pay recording fees and charges for the deed (i.e., nominal amount charged per page for recordation.
- Broker's Sales Commission for Selling Broker (only paid if indicated on Line 6a of the Sales Contract).
- Condominium or HOA Transfer Fee
- Cost to provide condominium documents to purchaser.
- Repair Escrow Fee of $200 where applicable.

** All costs will be paid in full compliance with the guidelines provided in HUD Notice H 2003-02.

**NOTE: For OND/TND sales, the discount will be reduced by any amounts listed on Line 5 or 6a.

HUD Case No. 197-087160

Property Address: 5936 BARTON AVE

City: LOS ANGELES CA 90038

**Seller Disclosure.**

Seller makes no representations or warranties concerning the condition of the property, including but not limited to mechanical systems, dry basement, foundation, structural, or compliance with code, zoning or building requirements and will make no repairs to the property after execution of this contract. Purchaser understands that regardless of whether the property is being financed with an FHA-insured mortgage, Seller does not guarantee or warrant that the property is free of visible or hidden structural defects, termite damage, lead-based paint, or any other condition that may render the property uninhabitable or otherwise unusable. Purchaser acknowledges responsibility for taking such action as it believes necessary to satisfy itself that the property is in a condition acceptable to it, of laws, regulations and ordinances affecting the property, and agrees to accept the property in the condition existing on the date of this contract. Seller disclosure concerning HOA dues, Mello Roos taxes, assessments, or any tax concerning HUD homes is based on available information but not deemed complete or accurate. It is the responsibility of the Buyer to obtain all information concerning these issues.

Exhibit "1" (pg. 3)

PDF created with pdfFactory trial version www.pdffactory.com