**Walk-Thru Inspection.**
All purchasers are strongly encouraged to perform a walk through inspection PRIOR to the close of escrow. If a purchaser discovers a property condition that did not exist at the time of sale they must immediately notify HUD's property manager, Golden Feather Realty, of the damage. Reporting of the damage does not guarantee the correction of the problem that has been discovered. Each case will be looked at and a determination will be made as to whether the damage will be repaired or proper credits given at the close of escrow, if those repairs or credits are deemed in the best interest of the Dept of HUD. The buyer assumes full responsibility for the property and its condition on the date of close of escrow. The Department assumes no responsibility, and will make no settlement, for damages reported to HUD after the close of escrow. (See item #13.E of HUD Sales Contract)

**Buyer Certification.**
I/we certify that I/we am/are a cash buyer(s) or have been interviewed, completed a loan application, verification of employment and obtained a full credit report from the lender that has provided the attached Letter of Commitment. I/we understand that I/we will forfeit our earnest money deposit if we enter into this contract without completing this qualification process.

Signatures

(Purchaser) (Purchaser)

(Purchaser) (Purchaser)

Rxhibit "1" (pg. 4)

PDF created with pdfFactory trial version www.pdffactory.com