golden feather
Realty Services, Inc

| | |
|---|---|
| Date | 7-10-03 |
| Agent/Broker | Federico Triebel |
| Fax # | (818) 989-8711 |
| FHA Case # | 197-087160 |
| Address | 5986 BALTON AVE |
| Buyer | Cruz |

# Pending Cancellation

Dear Real Estate Professional:

The 45-day escrow period has expired. We do not have a current extension request. To prevent a cancellation an extension request with appropriate fees and documentation must be submitted to Escrow Max within 24 hours of this notice. NOTICE! Golden Feather and/or HUD must then approve the extension request before becoming effective. If an extension request is not received and approved this cancellation will be final.

Addendum A establishes the Forfeiture and Extension Policy of the HUD Sales Contract. Based on this policy the failure of a purchaser to close the sale within the allowable time period, including extensions granted, will result in the forfeiture of the earnest money deposit.

Please refer to our web site, www.goldenfeather.com, for the current extension form and complete instructions.

2600 Michelson Drive, Suite 100 Irvine, CA 92612 (949) 477-6300 Fax (949) 477-2225

Exhibit "2"

TOTAL P.01

PDF created with pdfFactory trial version www.pdffactory.com