# EXTENSION REQUEST

FHA Case Number 197-087160 Escrow Number 209198

Property Address 5936 BARTON AVE LA CA 90038

Purchaser Name(s) OHASSY CRUZ AND NOSSLINE CRUZ

Broker Name Federico Teibel

Broker Phone Number 818-989-8700

Broker Fax Number 818-989-8711

Application for mortgage financing has been made to ______________ on the above property. Although approval is expected shortly, closing cannot be accomplished within the agreed-upon time frame.

Reason: THE APPRAISAL REPORT TAKEN TO LONG AND HAVING ISSUES WITH CONDITION FROM LENDER TO DRAW DOC'S.

All extension requests must be submitted prior to the expiration of the contract. **A letter must accompany the second extension request from the lender stating the purchaser is able to close within the requested extension period.**

On behalf of my client(s), I hereby request an extension of 15 days.

Enclosed is a certified check or money order in the amount of 1,125 payable to HUD (Closing Agent- Pennsylvania ONLY). I understand this extension fee is non-refundable, but that if closing occurs in less than the approved extension time, my client(s) will be credited at closing for the unused portion. I also understand that if this request is denied the fees will be returned.
($25/day if the contract sales price is over $50,000; $15/day if $50,000 or less; $10/day if $25,000 or less.)

The following is attached in support of this request:

- [X] Notification from mortgage lender that the purchaser(s) are approved and will close within the extension period and that a closing date has been scheduled
- [ ] Documentation supporting the extension reason

[signature] 07/11/03

Signature of Sales Broker — Date

| Extension Dates: | Date Approved: | Extension Fees: |
|---|---|---|
| 1. 07-08-03 to 07-23-03 | | $ 375 |
| 2. 07-23-03 to 08-07-03 | | $ 375 |
| 3. 08-07-03 to 08-22-03 | | $ 374 |
| | Total Fees Paid To Date | $ 1,125 |

---

- [ ] Extension of _______ days approved. Closing must occur no later than ______________.
- [ ] Extension Request Denied.

______________________ ______________

Authorized Signature — Date

Exhibit "3"

PDF created with pdfFactory trial version www.pdffactory.com