THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATER MARK - HOLD AT AN ANGLE TO VIEW

WESTERN UNION | MONEY ORDER™

INTEGRATED PAYMENT SYSTEMS INC. - ISSUER
Englewood, Colorado

5936 BARTON

06-850504198
82-40/1021

AGENT 737203 DATE 071103
TIME 1438 01
068505041985 LOCATION 000000

125.00 ***

** PAY EXACTLY ONE HUNDRED TWENTY-FIVE DOLLARS AND NO CENTS

PAY EXACTLY

PAY TO THE ORDER OF HUD and Nesslin Cruz

23948 Jensen Dr West Hills 91304

PURCHASER BY SIGNING YOU AGREE TO THE TERMS ON THE REVERSE SIDE.

AUTHORIZED REPRESENTATIVE

Western Union Money Order and Design is a service mark of Western Union Holdings, Inc. / Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

⑆102100400⑆ 4006850504198 5⑈

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATER MARK - HOLD AT AN ANGLE TO VIEW

WESTERN UNION | MONEY ORDER™

INTEGRATED PAYMENT SYSTEMS INC. - ISSUER
Englewood, Colorado

5936 BARTON

06-850504196
82-40/1021

AGENT 737203 DATE 071103
TIME 1438 01
068505041967 LOCATION 000000

500.00 ****

** PAY EXACTLY FIVE HUNDRED DOLLARS AND NO CENTS **********

PAY EXACTLY

PAY TO THE ORDER OF HUD - Nesslin Cruz

23948 Jensen Dr West Hills 91304

PURCHASER BY SIGNING YOU AGREE TO THE TERMS ON THE REVERSE SIDE.

AUTHORIZED REPRESENTATIVE

Western Union Money Order and Design is a service mark of Western Union Holdings, Inc. / Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

⑆102100400⑆ 4006850504196 7⑈

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATER MARK - HOLD AT AN ANGLE TO VIEW

WESTERN UNION | MONEY ORDER™

INTEGRATED PAYMENT SYSTEMS INC. - ISSUER
Englewood, Colorado

5936 BARTON

06-850504197
82-40/1021

AGENT 737203 DATE 071103
TIME 1438 01
068505041976 LOCATION 000000

500.00 ****

** PAY EXACTLY FIVE HUNDRED DOLLARS AND NO CENTS **********

PAY EXACTLY

PAY TO THE ORDER OF HUD and Nesslin Cruz

23948 Jensen Dr West Hills 91304

PURCHASER BY SIGNING YOU AGREE TO THE TERMS ON THE REVERSE SIDE.

AUTHORIZED REPRESENTATIVE

Western Union Money Order and Design is a service mark of Western Union Holdings, Inc. / Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

⑆102100400⑆ 4006850504197 6⑈

Exhibit "4"

PDF created with pdfFactory trial version www.pdffactory.com