golden feather
Realty Services, Inc.

2500 Michelson Drive, Suite 100
Irvine, California 92612
phone 949.477.6300
fax 949.477.2225
www.goldenfeather.com

8/6/03

Buyer Name: Ohassy Cruz & Nesslin Cruz
Address: 23948 Jensen St.
West Hills, CA. 91304

**RE: Sale Cancellation and Forfeiture of Deposit**

HUD Case No: 197-087160
HUD Property: 5936 Barton Ave.
Los Angeles, CA. 90038

The HUD Sales Contract on the above property accepted on 5/9/03 is cancelled.

**Addendum "A" establishes the Forfeiture and Extension Policy of the sales contract.** Based on this policy, $2,000 is being retained as liquidated damages. This also includes all approved extension fees, which are non-refundable.

The reason for cancellation is inability to obtain loan documents.

Any questions concerning this cancellation should be directed to this office in writing. **No phone calls or walk-ins will be allowed concerning this matter.** This property will be listed for sale on the next available published sale list.

Very sincerely yours,

Closing Department
Golden Feather Realty Services

CC: Escrow Company: Escrowmax
Purchaser
Golden Feather File

Broker: ERA First Valley
7226 Sepulveda Blvd. #100
Van Nuys, CA. 91405

Exhibit "5"

PDF created with pdfFactory trial version www.pdffactory.com