Mr. Nesslin Cruz
18643 Collins Street
Apartment #28
Tarzana CA 91356
818.422.3784

August 14, 2003
Via Fax and Mail

Escrow Max
18173 Pioneer Blvd
Suite #A
Artesia Ca 90701

ERA First Valley
Federico Tribel
Mario D. Graces
7226 Sepulveda Blvd.
Suite 100
Van Nuys CA 91405

GOLDEN FEATHER, INC.
Veronica Martinez
Elda Leon
2500 Michelson Drive
Suite 100
Irvine CA 92612

GOLDEN FEATHER, INC.
Fred Tanodamn
13409 N. West Military Hway
Ste. 210
San Antonio TX

HUD Legal Department
S. Bates, Director
1600 N. Broadway
Santa Ana CA 92706

Re: Notice of Breach of Contract
and Demand for Performance
Real Party In Interest: Mr. Nesslin Cruz
Legal Description: 5936 Barton Avenue,
Los Angeles CA 90038
HUD Case No.: 197-087160

Dear Messers. and Mne.:

Please be advised that the U.S. Department of Housing and Urban Development, ERA First Valley, Golden Feather Realty and its agents are in violation of the above-stated contract with Mr. Nesslin Cruz because of his exercise and acceptance of consideration for extensions until August 23, 2003 and their failure to perform under Addendum "A" of the Forfeiture and Extension Policy of the HUD Sales Contract.

This is not to be construed as my sole election of remedies.

Exhibit "6"

PDF created with pdfFactory trial version www.pdffactory.com