*I demand that you forthwith perform under the above-entitled contract and retract your cancellations.*

*Time is of the essence. In the event you do not timely perform by indicating to me that the matter has been reinstated by Monday, August 18, 2003, I will have no alternative but to seek all legal and equitable remedies against those individuals and entities responsible for the termination of agreement.*

*This will have a direct effect on those who may have already bid on the subject matter of this action.*

*Sincerely,*

Nesslin Cruz

*NC/zm*
*Enclosures*



PDF created with pdfFactory trial version www.pdffactory.com