This page is part of your document - DO NOT DISCARD

04 0525623

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA
03/05/04 AT 08:00am

TITLE(S) : DEED

LEAD SHEET

FEE FEE $30 00
A.F.N.F. 94 2

D.T.T
#373 45
#1,527 75

NOTIFICATION SENT-$4

CODE
20

CODE
19

CODE
9

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink. Number of AIN's Shown

5534-027-009 001

THIS FORM NOT TO BE DUPLICATED



Exhibit "7"

PDF created with pdfFactory trial version www.pdffactory.com