04-14-05 04:32pm From-

NEW CENTURY TITLE COMP. 3/3/04 T-081 P 05/14 F-100

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO:

He Ok Koo
5936 Barton Avenue 5938,5938 1/2,
Los Angeles, CA 90038

197-087160

2

04 0525623

Space Above This Line for Recorder's Use Only

A P N 5534-027-009 Order No 3639743 Escrow No 50571

# GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s) THAT DOCUMENTARY TRANSFER TAX IS COUNTY $373 45 (40) & CITY $1,527 75 (44)
[ X ] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale,
[ ] unincorporated area, [ X ] City of Los Angeles, and

FOR A VALUABLE CONSIDERATION, Receipt of which is hereby acknowledged,
The Secretary of Housing & Urban Development of Washington D.C., and/or His/Her Successors and/or Assigns

hereby GRANT(S) to He Ok Koo, a married woman as her sole and separate property sole and separate property

the following described property in the City of Los Angeles, County of Los Angeles State of California.

See Exhibit "A" attached hereto and made a part hereof.

5534-27-9

The Secretary of Housing & Urban Development of Washington D C

By Veronica Martinez
Authorized By Representative, Its Attorney In Fact

Document Date January 5, 2004

STATE OF CALIFORNIA )SS
COUNTY OF ORANGE )
On March 3, 2004 before me, THE UNDERSIGNED
personally appeared VERONICA MARTINEZ

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal

Signature Cathy Kibria

CATHY KIBRIA
Comm # 1445692
NOTARY PUBLIC CALIFORNIA
Orange County
My Comm Expires Oct 14, 2007

Mail Tax Statements to SAME AS ABOVE or Address Noted Below

3639743

920NKINGS - LA:2004 00525623

Exhibit "7" (pg. 2)



PDF created with pdfFactory trial version www.pdffactory.com