Order No. 3639743

Exhibit "A"

Lot 15 in Block 7 of El Centro Colegrove, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 2, Page 84 of Maps, in the office of the County recorder of said County.

04 0525623

Exhibit "7" (pg. 3)



PDF created with pdfFactory trial version www.pdffactory.com