IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NESSLIN CRUZ and OHASSY CRUZ, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1222C (Judge Baskir) |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendant, the United States, respectfully requests that the Court enter an order pursuant to Rule 56 of the Rules of the Court of Federal Claims ("RCFC"), granting summary judgment to defendant and denying plaintiffs' motion for summary judgment. In support of this motion and opposition, we are relying upon the complaint, the Consolidated Statement of Uncontroverted Facts, and the brief we are filing in support of this motion. According to the uncontroverted facts and the law of contracts, the Government did not grant a 45-day extension for the closing date of plaintiffs' transaction, and the Government may not be equitably estopped from taking this position.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

June 23, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 23, 2005, a copy of the foregoing "DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Roger A. Hipp