**Sales Contract**
Property Disposition Program

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

HUD Case No. 197087160

1. I (We), Ohassy Cruz and Nesslin Cruz
(Purchaser(s)) agree to purchase on the terms set forth herein, the following property, as more particularly described in the deed conveying the property to the Secretary of Housing and Urban Development:
5936 Barton Ave Los Angeles Ca 90038
(street number, street name, unit number, if applicable, city, county, State)

2. The Secretary of Housing and Urban Development (Seller) agrees to sell the property at the price and terms set forth herein, and to prepare a deed containing a covenant which warrants against the acts of the Seller and all claiming by, through or under him. Title will be taken in the following name(s) and style: Ohassy Cruz and Nesslin Cruz

3. The agreed purchase price of the property is ➤ 3. $ 260,000.00
Purchaser has paid $ 2,000.00 as earnest money to be applied on the purchase price, and agrees to pay the balance of the purchase price, plus or minus prorations, at the time of closing, in cash to Seller. The earnest money deposit shall be held by Seller Choice

GOLDEN FEATHER REALTY
MAY 05 2003
VAN NUYS

4. ☐ Purchaser is applying for FHA insured financing [ ☐ 203(b), ☐ 203(b) repair escrow, ☐ 203(k)] with a cash down payment of $ T.B.D due at closing and the balance secured by a mortgage in the amount of $ T.B.D for 360 months (does not include FHA Mortgage Insurance Premium, prepaid expenses or closing costs Seller has agreed to fund into mortgage.).
☐ Said mortgage involves a repair escrow amounting to $ -0-
☑ Purchaser is paying cash or applying for conventional or other financing not involving FHA.

5. Seller will pay reasonable and customary costs, but not more than actual costs, nor more than paid by a typical Seller in the area, of obtaining financing and/or closing (excluding broker's commission) in an amount not to exceed ➤ 5. $ 6,000.00

6a. Upon sales closing, Seller agrees to pay to the broker identified below a commission (including selling bonus, if offered by seller) of ➤ 6a. $ 13,000.00

6b. If broker identified below is not the broad listing broker, broad listing broker will receive a commission of: ➤ 6b. $ 1,950.00

7. The net amount due Seller is (Purchase price [Item 3] less Items 5 and 6) ➤ 7. $ 239,050.00

8. Purchaser is: ☑ owner-occupant (will occupy this property as primary residence) ☐ investor ☐ nonprofit organization ☐ public housing agency ☐ other government agency. Discount at closing: -0- %
***Discount will reduced by amounts, if any, listed on Line Items 5 and 6.***

9. Time is of the essence as to closing. The sale shall close not later than 45 days from Seller's acceptance of contract. Closing shall be held at the office of Seller's designated closing agent or Seller Choice / Escrow mix

10. If Seller does not accept this offer, Seller ☑ may ☐ may not hold such offer as a back-up to accepted offer.

11. Lead based paint addendum ☑ is ☐ is not attached; Other addendum ☑ is ☐ is not attached hereto and made part of this contract.

12. **Should Purchaser refuse or otherwise fail to perform in accordance with this contract, including the time limitation, Seller may, at Seller's sole option, retain all or a portion of the deposit as liquidated damages. The Seller reserves the right to apply the earnest money, or any portion thereof, to any sums which may be owed by the Purchaser to the Seller for rent.** Purchaser(s) Initials: [initials] Seller's Initials: [initials]

13. This contract is subject to the Conditions of Sale on the reverse hereof, which are incorporated herein and made part of this contract.

**Certification of Purchaser: The undersigned certifies that in affixing his/her/its signature to this contract he/she/it understands: (1) all the contents thereof (including the Conditions of Sale) and is in agreement therewith without protest; (2) he/she/it is responsible for satisfying itself as to the full condition of the property; and (3) that Seller will not perform repairs after acceptance of this contract.**

| Purchaser(s): (type or print names & sign) | Purchaser(s) Address: |
|---|---|
| Ohassy Cruz and Nesslin Cruz [signatures] | 23948 Jensen St West Hills Ca 91304 |

| Purchaser(s) Social Security Number (SSN) or Employer Identification Number (EIN) (include hyphens) | Phone No: | Date Purchaser(s) Signed Contract: |
|---|---|---|
| 572633993 566377519 | 818 615 0816 | 05/05/03 |

Seller: Secretary of Housing and Urban Development By: (type name & title, & sign)
X [signature]
Date Contract Accepted by HUD: 5/9/03

**Certification of Broker:** The undersigned certifies that: (1) neither he/she nor anyone authorized to act for him/her has declined to sell the property described herein to or to make it available for inspection or consideration by a prospective purchaser because of his/her race, color, religion, sex, familial status, national origin, or disability; (2) he/she has both provided and explained to the purchaser the notice regarding use of Seller's closing agent; (3) he/she has explained fully to the purchaser the entire terms of the contract, including Condition B on the reverse hereof; and (4) he/she is in compliance with Seller's earnest money policy as set forth on HUD forms SAMS-1111, Payee Name and Address, and SAMS-1111-A, Selling Broker Certification, which he/she has executed and filed with Seller.

| Broker's Business Name & Address: (for IRS reporting) (include Zip Code) | Broker's EIN or SSN: (include hyphens) | SAMS NAID: |
|---|---|---|
| ERA First Valley<br>7226 Sepulveda Blvd #100<br>Van Nuys Ca 91405 | 954556846<br>Signature of Broker:<br>X [signature] | RIMXFR6846<br>Broker's Phone No:<br>818 9898700 |

Type or print the name and phone number of sales person: FEDERICO TRIEBEL (818) 989-8711 FAX

| This section for HUD use only. Broker notified of: | Authorizing Signature & Date: |
|---|---|
| ☐ Acceptance ☐ Back-Up No. ______<br>☐ Rejection ☐ Return Earnest Money Deposit | X |

# U.S. DEPT. OF HOUSING & URBAN DEVELOPMENT

## Addendum A

(REV 04/4/03)

## *********FORFEITURE AND EXTENSION POLICY*********

All HUD Property Disposition sales of HUD-acquired properties are to close within 45 days of acceptance of a HUD-9548 (1/99) Sales Contract offer to purchase.

**Forfeiture of Earnest Money Deposits.**

The failure by a Purchaser to close on the sale of property within the allowable time period, including any extensions granted by HUD, will result in the forfeiture of the earnest money deposit, except where the purchaser presents documentation to HUD that one of the special circumstances described in paragraphs (a) and (b) below of this section has occurred.

(a) Investor Purchasers.

(1) The failure by an investor Purchaser to close on an uninsured sale will result in forfeiture of the entire earnest money deposit.

(2) Fifty percent of the earnest money deposit on an insured sale will be returned to an Investor Purchaser where HUD (or a Direct Endorsement lender using HUD guidelines) determines that the Purchaser is not an acceptable borrower.

(b) Owner-Occupant Purchasers.

(1) The entire earnest money deposit will be returned to an owner-occupant Purchaser who fails to close where, since the contract of sale was signed:

(i) There has been a death in the immediate family (contract holder, spouse, or children living in the same household);

(ii) There has been a recent serious illness in the immediate family that has resulted in significant medical expenses or substantial loss of income, thus adversely affecting the purchaser's financial ability to close the sale.

(iii) There has been a loss of job by one of the primary breadwinners, or substantial loss of income through no fault of the Purchaser;

(iv) In the case of an insured sale, HUD (or a Direct Endorsement lender using HUD guidelines) determines that the Purchaser is not an acceptable borrower; or

(v) On an uninsured sale, the purchaser was pre-approved for mortgage financing in an appropriate amount by a recognized mortgage lender and, despite good faith efforts, is unable to obtain mortgage financing.

(vi) For other good cause, as determined by HUD.

(2) In the case of an uninsured loan where, despite good faith efforts by the Purchaser, there is an inability to obtain a mortgage loan from a recognized mortgage lender, 50 percent of the earnest money deposit will be returned.

(3) On either type of sale, forfeit 100 percent of the deposit in those instances where no documentation is submitted, where the documentation fails to provide an acceptable cause for the Buyer's failure to close, or where documentation is not provided within a reasonable time following contract cancellation (e.g., 30 days).

**Extensions.**

The Golden Feather Realty office will grant extensions of time upon written request from purchaser. Extensions of time to close the sale are entirely within the Seller's discretion. An extension, if granted, will be under the following conditions:

(a) A written request for an extension must be received by Closing Agent no later than five days before the scheduled deadline for closing.

(b) The documentation submitted with the request must establish the cause of delay and that mortgage approval is imminent during the extension period.

(c) An extension will be for a period of fifteen calendar days. Fees are based on the Contract Sales Price of the property; $10 per day is charged if the sales price is $25,000 or less; $15 per day if the sales price is more than $25,000, but not more than $50,000 and $25 per day if the sales price is over $50,000. Extension request must be submitted through the Closing Agent and all fees must be accompanied by request at the time of submission.

(d) Extension fees shall be retained by Seller if a closing does not occur.

(e) At the time of closing, unused extension fees will be prorated to the Purchaser and refunded by escrow.

(f) The granting of one extension shall not obligate the Seller to grant additional extensions, and the Seller shall declare a Default for the Purchasers' failure to close the sale upon the expiration of the original closing period or upon expiration of the extension.

**Allowable Closing Costs** - Line 5 HUD 9548 (1/99) Sales Contract.

The Seller will pay up to a maximum of 3% of the purchase price, (Line 3 of sales contract), towards allowable purchaser closing costs, not to exceed actual cost incurred. The following is a list of those HUD Allowable Closing Costs that may be credited towards Line 5 of the Sales Contract. **Note, any unused portion of the line 5 credit will be retained by the Seller and not credited to the buyer.**

- Appraisal Fee- HUD will pay for the Appraisal on FHA 203(k) loan only that is necessary to determine the "after rehab" value. HUD will also pay for appraisals that expired prior to Sales Contract execution.
- Credit Report (up to $20).
- Flood Certification (property must be offered with FHA insurable and located on a Flood Plain).
- Home Inspection (includes testing for lead based paint, radon, mold, etc.
- Homeowner's Warranty- up to $300 (CA and NV), $350 (OR and WA), $400 (ID).
- Loan Discount Points (up to 3% of the loan amount to buy down the rate, with certification from the lender).
- Loan Origination Fee (up to 1% will be paid on Conventional/FHA loan; up to 1.5% will be paid on FHA 203(k) loans.
- Prepaid and Escrow Items for **Owner Occupant Purchasers Only**
- Recording Fees and/or Transfer taxes or fees.(i.e., amounts charged as a Percentage of value) If, under state or local law, the recording fees and/or transfer charges or taxes are imposed on the Seller(i.e. HUD), then HUD is immune from paying these charges and will not pay them. If however, the charges are imposed on the purchaser, HUD may pay these charges on behalf of the purchaser if funds remain in line 5. 1ST Mortgage only.
- Survey (if required by Lender).
- Title Insurance (coverage for Lender and/or Owner).

**The following items are automatically paid for by the Seller (HUD):**

- Broker's Sales Commission for Broad Listing Broker as stated on line 6b of the Sales Contract.
- Proration of property taxes and any special assessments such as HOA fees, utility bills.
- Settlement or Closing Fee: HUD will pay HUD's closing agent. If another agent is used, this is the purchaser's cost
- Recording Fees: HUD will automatically pay recording fees and charges for the deed (i.e., nominal amount charged per page for recordation.
- Broker's Sales Commission for Selling Broker (only paid if indicated on Line 6a of the Sales Contract).
- Condominium or HOA Transfer Fee
- Cost to provide condominium documents to purchaser.
- Repair Escrow Fee of $200 where applicable.

** All costs will be paid in full compliance with the guidelines provided in HUD Notice H 2003-02.

**NOTE: For OND/TND sales, the discount will be reduced by any amounts listed on Line 5 or 6a.

HUD Case No. 197-087160

Property Address: 5936 BARTON AVE

City: LOS ANGELES CA 90038

**Seller Disclosure.**

Seller makes no representations or warranties concerning the condition of the property, including but not limited to mechanical systems, dry basement, foundation, structural, or compliance with code, zoning or building requirements and will make no repairs to the property after execution of this contract. Purchaser understands that regardless of whether the property is being financed with an FHA-insured mortgage, Seller does not guarantee or warrant that the property is free of visible or hidden structural defects, termite damage, lead-based paint, or any other condition that may render the property uninhabitable or otherwise unusable. Purchaser acknowledges responsibility for taking such action as it believes necessary to satisfy itself that the property is in a condition acceptable to it, of laws, regulations and ordinances affecting the property, and agrees to accept the property in the condition existing on the date of this contract. Seller disclosure concerning HOA dues, Mello Roos taxes, assessments, or any tax concerning HUD homes is based on available information but not deemed complete or accurate. It is the responsibility of the Buyer to obtain all information concerning these issues.

**Walk-Thru Inspection.**
All purchasers are strongly encouraged to perform a walk through inspection PRIOR to the close of escrow. If a purchaser discovers a property condition that did not exist at the time of sale they must immediately notify HUD's property manager, Golden Feather Realty, of the damage. Reporting of the damage does not guarantee the correction of the problem that has been discovered. Each case will be looked at and a determination will be made as to whether the damage will be repaired or proper credits given at the close of escrow, if those repairs or credits are deemed in the best interest of the Dept of HUD. The buyer assumes full responsibility for the property and its condition on the date of close of escrow. The Department assumes no responsibility, and will make no settlement, for damages reported to HUD after the close of escrow. (See item #13.E of HUD Sales Contract)

**Buyer Certification.**
I/we certify that I/we am/are a cash buyer(s) or have been interviewed, completed a loan application, verification of employment and obtained a full credit report from the lender that has provided the attached Letter of Commitment. I/we understand that I/we will ~~forfeit our earnest money deposit if we enter into this contract without completing this qualification process.~~

Signatures

(Purchaser) (Purchaser)

(Purchaser) (Purchaser)