# In the United States Court of Federal Claims

Case No. 04-1222C
(Filed: September 15, 2005)

*****************************************************
NESSLIN and OHASSY CR*UZ,* *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

## ORDER

The Court intends to schedule Oral Argument (on the record) regarding the parties' Cross-Motions for Summary Judgment during the month of October 2005.

Accordingly, it is ORDERED that the parties agree upon three dates during October. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at (202) 357-6500, **of the proposed Oral Argument dates no later than September 30, 2005**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge