# In the United States Court of Federal Claims

Case No. 04-1222C
(Filed: September 22, 2005)

****************************************************
NESSLIN and OHASSY CR*UZ,* *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

This Order confirms **Oral Argument** (on the record) regarding the parties' Cross-Motions for Summary Judgment is scheduled for **2:00 p.m., on Wednesday, October 19, 2005**. The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005. Counsel for the Plaintiff will be participating by phone. Counsel for the United States will be appearing in person.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge