# In the United States Court of Federal Claims

Case No. 04-1222C
(Filed: January 6, 2006)

****************************************************
NESSLIN and OHASSY CRUZ, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

The Court is in receipt of Plaintiffs' unopposed Status Report filed December 30, 2005, requesting a 30-day extension of time for parties to discuss settlement or, alternatively, to file an amended complaint.

**This matter is STAYED until January 30, 2006, to allow the parties sufficient time to discuss settlement or, alternatively, to file an amended complaint as directed in the Court's November 30, 2005, Order.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge