Stephen M. Feldman, Esq./SBN 65773
LAW OFFICES OF STEPHEN M. FELDMAN
15915 Ventura Boulevard
Suite 201
Encino, California 91436
Tel No. (818) 907-0334
Fax No. (818)907-9056

Attorney for Plaintiffs Nesslin Cruz
and Ohassy Cruz

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

NESSLIN CRUZ, an individual, and OHASSY CRUZ, an individual,

Plaintiffs,

vs.

THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT OF WASHINGTON, D.C.,

Defendant.
_______________________________________/

**CASE NO. 04-1222C**
**(Judge Baskir)**

**PLAINTIFF'S STATUS REPORT**

Date: January 27, 2006

Pursuant to the Court's Orders of November 30, 2005 and January 6, 2006, Plaintiff respectfully submits the following status report. Counsel for Plaintiffs and Counsel for Defendant, Roger Hipp, have reached a tentative settlement which is pending approval by the appropriate representative of the Department of Housing and Urban Development..

Plaintiff requests that the Court allow the parties another 30 days, until February 28, 2006 in which to finalize the proposed settlement or, alternatively, to file an amended complaint as directed in the Court's November 30, 2005 Order.

The undersigned counsel has conferred with Defendant's counsel, Roger Hipp, who has



PDF created with pdfFactory trial version www.softwarelabs.com

authorized the undersigned to represent that Defendant fully concurs with the facts and proposals set forth above.

Dated: January 27, 2006

Respectfully submitted,

LAW OFFICES OF STEPHEN M. FELDMAN, INC.

By: S/______________________

STEPHEN M. FELDMAN,
Attorney for Plaintiffs
Nesslin Cruz and Ohassy Cruz
Address: 15915 Ventura Blvd., Suite 201
Encino, CA 91436
Phone: (818) 907-0334
Facsimile: (8l8) 907-9056

E:\PLEADING\SN\13239.dn.wpd



PDF created with pdfFactory trial version www.softwarelabs.com

PROOF OF SERVICE

STATE OF CALIFORNIA )

COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 15915 Ventura Boulevard, Suite 201, Encino, California 91436.

On January 27, 2006, I served the foregoing document described as **Plaintiff's Status Report** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Roger A. Hipp, Esq.
Civil Division, U.S. Dept. of Justice
1100 L Street, N.W., 8th Floor Classification Unit
Washington, D.C. 20530

_XX_ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Encino, California.

____ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

Executed on January 27, 2006, at Encino, California.

_XX_ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

____ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

___/S/________________________
DORIA NAPPI



PDF created with pdfFactory trial version www.softwarelabs.com