# In the United States Court of Federal Claims

Case No. 04-1222C
(Filed: January 30, 2006)

****************************************************
NESSLIN and OHASSY CRUZ, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

The Court is in receipt of Plaintiffs' second unopposed Status Report filed January 27, 2006, requesting another 30-day extension of time for parties to finalize the proposed settlement or, alternatively, to file an amended complaint.

**This matter is STAYED until February 28, 2006, to allow the parties sufficient time to finalize the settlement or, alternatively, to file an amended complaint as directed in the Court's November 30, 2005, Order.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge