IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NESSLIN CRUZ, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1222C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION TO CONTINUE STAY

The parties respectfully request that the Court continue the stay of all proceedings in this case for 90 days, until May 29, 2006. Pursuant to the Court's order dated January 30, 2006, proceedings were stayed until February 28, 2006, so that settlement discussions could continue.

On February 22, 2006, the Attorney General's designated representative accepted plaintiffs' settlement offer. The parties request the stay be continued so that they may execute and implement the settlement agreement.

For the reasons set forth above, we respectfully request the Court to continue the stay of all proceedings to and including May 29, 2006.

Respectfully submitted,

s/ Stephen M. Feldman
STEPHEN M. FELDMAN
15915 Ventura Blvd., Suite 201
Encino, CA 91436
Phone: (818) 907-0334
Facsimile: (818) 907-9056

Attorney for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney

Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

Attorneys for Defendant

February 28, 2005

## Certificate of Filing

I hereby certify that on February 28, 2006, a copy of the foregoing "Joint Motion to Continue Stay" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/