# In the United States Court of Federal Claims

Case No. 04-1222C
(Filed: March 3, 2006)

| | |
|---|---|
| NESSLIN and OHASSY CRUZ, *Plaintiffs,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

**ORDER**

**The parties' Joint Motion to Continue the Stay of all proceedings in this case until May 29, 2006, to allow the parties' settlement agreement to be executed and implemented is hereby GRANTED.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge