# In the United States Court of Federal Claims

Case No. 04-1222C
(Filed: August 17, 2006)

****************************************************
NESSLIN and OHASSY CR*UZ,* *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

_____On March 3, 2006, this Court filed an Order granting the parties' Joint Motion to Continue the Stay of all proceedings in this case until May 29, 2006, to allow the parties' settlement agreement to be executed.

**We hereby order the parties to file a Joint Status Report informing the Court of the status of the settlement agreement and explaining why the stay should not be lifted. The Joint Status Report shall be filed forthwith, but no later than September 1, 2006**, or the Court will lift the stay in this case.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge